**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Lynn Styers,<br><br>        Petitioner,<br><br>v.<br><br>Dora B. Schriro, et al.,<br><br>        Respondents. | CV-98-2244-PHX-EHC<br><br><u>DEATH PENALTY CASE</u><br><br>**ORDER** |

Pursuant to the April 5, 2007 order of Appellate Commissioner Peter Shaw of the United States Court of Appeals for the Ninth Circuit,

**IT IS HEREBY ORDERED** that Cary Sandman, Waterfall Economidis Caldwell Hanshaw & Villamana PC, 5210 E. Williams Circle, Suite 800, Tucson, AZ 85711-7497, (520) 790-5828, and Amy Beth Krauss, Esq., P.O. Box 65126, Tucson, AZ 85718, (520) 400-6170, are appointed as counsel for Petitioner in his federal habeas corpus proceedings pursuant to 18 U.S.C. § 3599(a)(2). Counsel shall contact the Ninth Circuit concerning hourly rates and reimbursement guidelines.

**IT IS FURTHER ORDERED** that the Clerk of Court shall immediately transmit a copy of this order to Commissioner Shaw by facsimile transmission (415-355-8111).

DATED this 1st day of May, 2007.

_____
Earl H. Carroll
United States District Judge