**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Lynn Styers, | No. CV-98-2244-PHX-JAT |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| vs. | **ORDER** |
| Charles L. Ryan, et al., | |
| Respondents. | |

Before the Court are Petitioner's motions to substitute counsel and to exceed page limitation. Good cause appearing,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Substitution and Appointment of Counsel (Doc. 158) is **GRANTED**. Julie S. Hall is substituted for Cary Sandman as lead counsel in this matter, effective January 17, 2012. Without express authorization of the Court, counsel shall not be compensated under the Criminal Justice Act (CJA) for representation of Petitioner in state forums or preparation of state court pleadings. Appointment is made pursuant to 18 U.S.C. § 3599(a)(2), and lead counsel's hourly rate is established pursuant to General Order No. 10-01 of this Court. Counsel are authorized to submit interim CJA vouchers and are encouraged to review the benchmarks adopted by the District for the review of CJA vouchers, available at the Court's website, www.azd.uscourts.gov (under Attorney Information/CJA Panel Information/Voucher Preparation Information, Benchmarks & Forms).

1     **IT IS FURTHER ORDERED** that Petitioner's Motion to Exceed Page Limit (Doc. 159) is **GRANTED**.

DATED this 27th day of January, 2012.

_James A. Teilborg_
United States District Judge