**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Lynn Styers,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-98-2244-PHX-JAT<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

**IT IS ORDERED** granting Petitioner's Motion to Exceed Page Limit (Doc. 172).

**IT IS FURTHER ORDERED** that Respondents shall file a response to Petitioner's Motion for Relief from Judgment no later than **September 14, 2012**. Because this Court has returned the state court record to the Arizona Supreme Court (*see* Doc. 154), Respondents shall append to their response copies of any documents or transcripts from the state court record relevant to consideration of Petitioner's motion.

**IT IS FURTHER ORDERED** that Petitioner may file a reply no later than **September 24, 2012**.

DATED this 24th day of August, 2012.

James A. Teilborg
United States District Judge