**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James Lynn Styers, | ) | No. CV-98-2244-PHX-JAT |
| | ) | |
| Petitioner, | ) | DEATH PENALTY CASE |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| Charles L. Ryan, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| | ) | |

**IT IS ORDERED** granting Petitioner's Motion to Exceed Page Limit (Doc. 172).

**IT IS FURTHER ORDERED** that Respondents shall file a response to Petitioner's Motion for Relief from Judgment no later than **September 14, 2012**. Because this Court has returned the state court record to the Arizona Supreme Court (*see* Doc. 154), Respondents shall append to their response copies of any documents or transcripts from the state court record relevant to consideration of Petitioner's motion.

**IT IS FURTHER ORDERED** that Petitioner may file a reply no later than **September 24, 2012**.

DATED this 24th day of August, 2012.

James A. Teilborg
United States District Judge