**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Lynn Styers,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-98-2244-PHX-JAT<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

Before the Court is Petitioner's motion for relief pursuant to Rule 60(b)(6) of the Federal Rules of Civil Procedure. Because the state court record was returned to the Arizona Supreme Court after entry of judgment (*see* doc. 154), the Court directs Respondents to file in this Court copies of the following documents within 30 days of the filing of this order:

(1) All pleadings, minute entries, and orders filed in the Maricopa County Superior Court between November 3 and December 14, 1990 (the period between Petitioner's conviction and sentencing);

(2) Any and all documents and records attached to the November 16, 1990 Presentencing Report;

(3) All mental health expert examination reports prepared prior to trial or sentencing, including but not limited to the reports of Drs. Mark L. Berman, Jack Potts, and Thomas Thomas;

(4) All trial transcripts, <u>excluding</u> motions in limine and jury selection; and

(5) Any and all exhibits admitted at the aggravation/mitigation hearing.

**IT IS SO ORDERED**.

DATED this 4th day of December, 2012.

/s/ James A. Teilborg
James A. Teilborg
United States District Judge